ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE TEAMSTER LOCAL UNION NO. 856., et al**<br><br>      **Plaintiffs,**<br><br>  vs.<br><br>**LEE RAY TARANTINO COMPANY INC.,**<br><br><br>      **Defendant.** | NO. C 07 -5567 JCS<br><br>MOTION FOR ENTRY OF DEFAULT |

  To the Clerk of the United States District Court for the Northern District of California:

  You will please enter the default of defendant, LEE RAY TARANTINO COMPANY INC., a corporation, failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: February 4, 2008         ERSKINE & TULLEY


             By: /s/ Michael J. Carroll
                MICHAEL J. CARROLL
                Attorney for Plaintiffs

**MOTION FOR ENTRY OF DEFAULT**            1