ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856., et al**<br><br>Plaintiffs,<br>vs.<br><br>**LEE RAY TARANTINO COMPANY INC., a corporation**<br><br>Defendants. | NO. C 07 5567 JCS<br><br>**PROPOSED NOTICE OF ENTRY OF DEFAULT** |

IT IS HEREBY NOTICED that the default of defendants, LEE RAY TARANTINO COMPANY INC., has been entered by the Clerk of the Court on _____.

Date:_____                     Richard W. Wieking, Clerk


                                          By: _____
                                                Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                              1