1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7                   UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10

11  BOARD OF TRUSTEES OF THE TEAMSTERS  )    NO.  C 07 5567 JCS
    LOCAL UNION NO. 856., et al.        )
12                                      )    EX PARTE APPLICATION FOR
                                        )    ORDER  TO  CONTINUE  CASE
13                   Plaintiffs,        )    MANAGEMENT CONFERENCE
                                        )
14          vs.                         )
                                        )
15  LEE RAY TARANTINO COMPANY INC., etc.)
                                        )
16                                      )
                     Defendant.         )
17  _____)

18          Plaintiffs, BOARD OF TRUSTEES OF THE TEAMSTER LOCAL UNION

19  NO. 856 HEALTH AND WELFARE TRUST FUND; MICHAEL J. McLAUGHLIN, TRUSTEE,

20  hereby apply ex parte for an order to continue the Case Management

21  Conference from February 8, 2008 to April 11, 2008.

22          This ex parte application is based upon the Declaration of

23  Attorney Michael J. Carroll filed as document.

24          Dated:  February 4, 2008

25                              Respectfully submitted,

26                              ERSKINE & TULLEY

27
                                By: /s/ Michael J. Carroll
28                                  Michael J. Carroll
                                    Attorneys for Plaintiffs

    EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE    1