```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856., et al.<br><br>         Plaintiffs,<br><br>    vs.<br><br>LEE RAY TARANTINO COMPANY INC., etc.<br><br>         Defendant. | NO.  C 07 5567 JCS<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE TEAMSTER LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND; MICHAEL J. McLAUGHLIN, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2.   Service was accomplished upon the only party in this case on November 7, 2007. No responsive pleading was filed.

3.   On February 4, 2008 documents were submitted to the

1  court requesting that the default be entered.

2      4.   It is requested that the Court continue the Case
3  Management Conference some sixty days hence, to April 11, 2008, to
4  provide time to either settle the case or file a motion for default
5  judgment.

6      5.  Good cause exists to grant plaintiff's request for a
7  continuance of the Case Management Conference currently set for
8  February 8, 2008 to April 11, 2008.

9      I declare under penalty of perjury that the foregoing is
10 true and correct to the best of my knowledge.

11     Executed on February 4, 2008 at San Francisco, California.

                      /s/ Michael J. Carroll
                        Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    2

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On February 4, 2008 I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Lee Ray Tarantino
P.O. Box 2408
So. San Francisco, CA 94083

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2008 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman