1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11
   BOARD OF TRUSTEES OF THE TEAMSTERS  )      NO.  C 07 5567 JCS
12 LOCAL UNION NO. 856., etc.          )
                                       )      ORDER TO CONTINUE  CASE
13                                     )      MANAGEMENT CONFERENCE
                      Plaintiffs,      )
14                                     )
            vs.                        )
15                                     )
   LEE RAY TARANTINO COMPANY INC.,     )
16 etc.                                )
                                       )
17                   Defendant.        )
   _____ )
18
           IT IS ORDERED that the Case Management Conference in this
19
   case set for February 8, 2008 be continued to April 11, 2008 at 1:30
20
   p.m.  in  Courtroom  A,  15th  Floor,  450  Golden  Gate  Avenue,  San
21
   Francisco, CA.
22
   Dated:_____        _____
23                                 Honorable Joseph C. Spero

24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE