```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856., etc.<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LEE RAY TARANTINO COMPANY INC., etc.<br><br>　　　　　　Defendant. | NO.  C 07 5567 JCS<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　IT IS ORDERED that the Case Management Conference in this case set for February 8, 2008 be continued to April ~~11~~ 18, 2008 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: Feb. 5, 2008

　　　　　　　　　　　　　　　　　　　　　Honorable Joseph C. Spero

[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA / Judge Joseph C. Spero]

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE