**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
────────────

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

February 19, 2008


RE:  <u>CV 07-05567 JCS</u>        <u>BOARD OF TRUSTEES-v- LEE RAY TARANTINO</u>
<u>COMPANY INC</u>


Default is entered as to **Defendant Lee Ray Tarantino Company Inc.** on . **February 19, 2008.**




RICHARD W. WIEKING, Clerk


by <u>Gina Agustine-Rivas</u>
Case Systems Administrator




NDC TR-4  Rev. 3/89