ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856. etc.,<br><br>            Plaintiff,<br><br>     vs.<br><br>LEE RAY TARANTINO COMPANY INC., etc.<br><br>            Defendant. | NO.  C 07 5567 JCS<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      Plaintiff, BOARD OF TRUSTEES OF THE TEAMSTER LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND; MICHAEL J. McLAUGHLIN, TRUSTEE, hereby applies _ex parte_ for an order to continue the Case Management Conference from April 18, 2008 to June 13, 2008.

    This _ex parte_ application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

      Dated:   April 10, 2008

                            Respectfully submitted,

                            ERSKINE & TULLEY

                            By:/s/ Michael J. Carroll
                                Michael J. Carroll
                                Attorneys for Plaintiff