```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856., et al.<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LEE RAY TARANTINO COMPANY INC.,etc.<br><br>　　　　　　Defendant. | NO.  C 07 5567 JCS<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　I, MICHAEL J. CARROLL, certify:

　　　　1.　　I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE TEAMSTER LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND; MICHAEL J. McLAUGHLIN, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

　　　　2.　　Service was accomplished upon the only party in this case on November 7, 2007.  No responsive pleading was filed.

　　　　3.　　On February 19, 2008 the Court entered the default of

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                    1

1 defendant.

2     4.  We have been sent the wrong contract. Plaintiff's counsel is still waiting for necessary documents from the Administrator to file it's motion for default judgment.

    5.  It is requested that the Court continue the Case Management Conference some sixty days hence, to June 13, 2008, to provide time to file a motion for default judgment.

    6.  Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for April 18, 2008 to June 13, 2008.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    Executed on April 10, 2008 at San Francisco, California.

                    /s/ Michael J. Carroll
                      Michael J. Carroll

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On April 10, 2008 I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Lee Ray Tarantino
P.O. Box 2408
So. San Francisco, CA 94083

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2008 at San Francisco, California.

<u>/s/Sharon Eastman</u>
Sharon Eastman