1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

   BOARD OF TRUSTEES OF THE TEAMSTERS  )    NO.  C 07 5567 JCS
12 LOCAL UNION NO. 856. et al.          )
                                        )    ORDER TO CONTINUE CASE
13                                      )    MANAGEMENT CONFERENCE
                         Plaintiffs,    )
14                                      )
              vs.                       )
15                                      )
   LEE RAY TARANTINO COMPANY INC.,      )
16 etc.,                                )
                                        )
17                       Defendant.     )
   _____)
18
              IT IS ORDERED that the Case Management Conference in this
19
   case set for April 18, 2008 be continued to June 13, 2008 at 1:30 p.m.
20
   in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.
21
   Dated:_____      _____
22                                Honorable Joseph C. Spero

23

24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE