1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11
    BOARD OF TRUSTEES OF THE TEAMSTERS  )    NO.  C 07 5567 JCS
12  LOCAL UNION NO. 856. et al.         )
                                        )    ORDER TO CONTINUE CASE
13                                      )    MANAGEMENT CONFERENCE
                        Plaintiffs,     )
14                                      )
             vs.                        )
15                                      )
    LEE RAY TARANTINO COMPANY INC.,     )
16  etc.,                               )
                                        )
17                      Defendant.      )
    _____)
18
             IT IS ORDERED that the Case Management Conference in this
19
    case set for April 18, 2008 be continued to June 13, 2008 at 1:30 p.m.
20
    in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.
21
    Dated:_____        _____
22                April 14, 2008          Honorable Joseph C. Spero
23
24                                             Judge Joseph C. Spero
25
26
27
28

    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE