IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Board of Trustees of the Teamsters Local Union No. 856 Health and Welfare Trust Fund, et al.,**

        Plaintiff(s),

v.

**Lee Ray Tarantino Company Inc.,**

        Defendant(s),
_____/

No. C07-5567 JCS

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is re-set to **June 20, 2008** at **1:30 p.m.** before the Honorable Joseph C. Spero . The Joint Case Management Conference Statement is due by **June 13, 2008.** The previously set date of **June 13, 2008** at **1:30 p.m.** is hereby **VACATED**.

Please report to courtroom A, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 30, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy