ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - Bar ID# 50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LEE RAY TARANTINO COMPANY, etc., <br><br> Defendant. | NO.  C 07 5567 JCS <br><br> NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES; POINTS AND AUTHORITIES IN SUPPORT THEREOF <br> [F.R.C.P.55 (b)(2)] <br> Date: August 1, 2008 <br> Time: 1:30 p.m. |

TO:  DEFENDANT:

PLEASE TAKE NOTICE that on Friday, August 1, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Judge Joseph C. Spero, Magistrate Judge of the United States District Court, Northern District of California, 450 Golden Gate Avenue, 15th Floor, Courtroom A, San Francisco, California, plaintiffs, BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND; MICHAEL J. McLAUGHLIN, TRUSTEE, will and do move this court, pursuant to Rule 55 (b)(2) of the Federal Rules of Civil Procedure, to enter a default judgment and award plaintiffs unpaid and owing trust fund contributions, liquidated

1  damages, court costs and attorneys' fees.

2  This motion is made on the grounds that defendant has failed to appear herein after valid service, the default of defendant was entered by this Court on February 19, 2008, and there are no triable issues of fact or disputes at law.  Defendant has a contractual obligation to pay contributions to the TEAMSTERS LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND and has failed to properly pay on behalf of covered employees in a timely manner. This motion is based upon this Notice, the Declarations of Joseph Lanthier, Diane Andrade and Michael J. Carroll in support of this motion, the Memorandum of Points and Authorities in support of this motion filed herewith, and such other oral or documentary evidence as may be presented at the hearing of this motion.

Dated:   June 3, 2008                ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION


                                     By:   /s/ Michael J. Carroll
                                           Michael J. Carroll
                                           Attorneys for Plaintiffs

MEMORANDUM OF POINTS AND AUTHORITIES

I.
INTRODUCTION

In this ERISA collection action plaintiffs, BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND, seek to recover employee benefit contributions and liquidated damages based on a payroll audit of defendant's records for the period January through December 2002 in the amount of $1,276.56.   Defendant, LEE RAY TARANTINO COMPANY INC., a corporation, is an employer which is currently delinquent in its health and welfare contribution obligations.

NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES; POINTS & AUTHORITIES IN SUPPORT THEREOF                                 2

1    The complete list of the delinquent period and amounts is set forth in Exhibit 3 to the Andrade Declaration. The amounts due have been computed based on a review of defendant's books and records. An audit of defendant's books and records was conducted to ensure compliance with its contribution obligations. Plaintiffs' audit disclosed that defendant failed to pay all contributions due on behalf of all employees who performed work covered by the collective bargaining agreement.

Under the terms of the Trust Agreement a contribution is due on the tenth day of the month following the month during which the obligation was incurred, Exhibit 2.

Under the terms of the Trust Agreement to which defendant is specifically bound by its contract, failure to make timely payment results in the following consequences:

> A. Liquidated damages in an amount equal to 20% of the amount of contributions due, Exhibit 2, Article IX, Section 3, Amendment No. 2 and pages 10-11.
> B. Attorneys fees, Exhibit 2, Article IX, Section 2, page 11.

## II.
## FACTUAL BACKGROUND

Defendant has entered into collective bargaining agreements with Teamsters Local Union No. 856 which requires that contributions be paid on behalf of covered employees to the Teamsters Local Union No. 856 Health and Welfare Trust Fund, Exhibit 1 to the Lanthier Declaration. The contracts bind defendant to the terms and conditions of the Teamsters Local Union No. 856 Health and Welfare Trust Agreement, Exhibit 2 to the Lanthier Declaration.

////

III.

SEPARATE STATEMENT OF UNDISPUTED FACTS

Every essential allegation of the complaint is proved by the affidavits submitted herewith:

| COMPLAINT PARAGRAPH | COMPLAINT ALLEGATION | PROOF OF ALLEGATION |
|---|---|---|
| 1 | Jurisdiction | 29 U.S.C.A. Sec 1132, 1145; 29 U.S.C. § 185(a) |
| 2 | Status of Plaintiff | Carroll Decl. |
| 5 | Defendant bound by contracts to pay contributions | Lanthier Decl., Ex 1 |
| 6,7,8, | Defendant has failed to pay contributions in a timely manner | Andrade Decl. |
| 9 | Demand has been made | Carroll Decl. |
| 11 | Contract documents provide for attorneys fees | Carroll Decl. 29 U.S.C. 1132(g) |

IV.
ARGUMENT

A.   PLAINTIFFS ARE ENTITLED TO RECOVER NOT ONLY THE DELINQUENT CONTRIBUTIONS BUT LIQUIDATED DAMAGES AND ATTORNEYS FEES AS A MATTER OF LAW.

An award of liquidated damages and attorneys' fees is mandatory under 29 U.S.C. § 1132(g).

Liquidated damages are calculated at 20% of the contribution amount due pursuant to the Trust Agreement, Exhibit 2.   Attorneys' fees and costs are based on Exhibit 2.  The Carroll Declaration details the fees and costs incurred in this action.

////

////

////

<u>CONCLUSION</u>

It is respectfully submitted that plaintiffs are entitled to default judgment according to proof.

Dated: June 3, 2008          ERSKINE & TULLEY
                             A PROFESSIONAL CORPORATION


                             By:   /s/ Michael J. Carroll
                                   Michael J. Carroll
                                   Attorneys for Plaintiffs

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On June 3, 2008 I served the within NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS FEES; POINTS AND AUTHORITIES IN SUPPORT THEREOF, DECLARATIONS OF JOSEPH LANTHIER, DIANE ANDRADE AND MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; ORDER AND DEFAULT JUDGMENT (Proposed Form) on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Lee Ray Tarantino
Attn: Paul Tarantino
Golden Gate Produce Terminal
P. O. Box 2408
South San Francisco, CA 94083-2408

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008 at San Francisco, California.

                                           /s/ Diane Andrade