1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (STATE BAR #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
Telephone:  (415) 392-5431
4 | Facsimile:  (415) 392-1978

5 | Attorneys for Plaintiffs

6

7

8 |                   UNITED STATES DISTRICT COURT

9 |                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOARD OF TRUSTEES OF THE TEAMSTERS )      NO. C 07 5567 JCS
LOCAL UNION NO. 856 HEALTH AND     )
12 | WELFARE TRUST FUND; MICHAEL J.     )
McLAUGHLIN, TRUSTEE,               )
13 |                                    )      DECLARATION OF JOSEPH
                    Plaintiffs,      )      LANTHIER IN SUPPORT OF
14 |                                    )      MOTION FOR DEFAULT
          vs.                      )      JUDGMENT_____
15 |                                    )
LEE RAY TARANTINO COMPANY inc., a  )
16 | corporation,                       )
                                   )
17 |                     Defendant.     )
_____)

18

19 |         I, JOSEPH LANTHIER, declare:

20 |         1.   I am the Secretary-Treasurer of Teamsters Local

21 | Union No. 856 with offices 453 San Mateo Avenue, San Bruno, CA

22 | 94066.  If called as a witness, I could competently testify to the

23 | following facts from my personal knowledge.  I am familiar with,

24 | and I am the custodian of the books and records of the Local as

25 | they relate to LEE RAY TARANTINO COMPANY INC.

26 |         2.   Defendant is bound by the terms and conditions of the

27 | San Francisco Produce Association and Terminal Dealers Association

28 | Labor Agreements dated April 1, 1999 through September 30, 2002 and

DECLARATION OF JOSEPH LANTHIER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
1

1  October 1, 2002 through February 28, 2006.  The pertinent portions

2  of these agreements are collectively attached hereto as Exhibit 1.

3          3.  Defendant has acknowledged the fact that it is bound

4  by these agreements by adhering to its terms and conditions,

5  including the payment of trust fund contributions to plaintiffs

6  except for all amounts found due by the Trust Fund's payroll audit.

7          4.  Attached hereto and marked Exhibit 2 is a true and

8  correct copy of the Teamsters Local Union No. 856 Health and

9  Welfare Fund Trust Agreement.  The Trust Agreement provides for 20%

10  liquidated damages Article IX, Section 3, page 11 of Exhibit 2.

11  This provision complies with 29 U.S.C. § 1132(g).

12          I declare under penalty of perjury that the foregoing is

13  true and correct.

14          Executed on May 29, 2008, at San Bruno, California.

15

16                                      /s/ Joseph Lanthier
                                         JOSEPH LANTHIER

17

18

19

20

21

22

23

24

25

26

27

28