ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LEE RAY TARANTINO COMPANY, INC., etc.,<br><br>　　　　　Defendant.<br>_____ | NO.  C 07 5567 JCS<br><br>DECLARATION OF DIANE ANDRADE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

　　　　I, DIANE ANDRADE, declare:

　　　　1.　I am the manager of the trust fund delinquency collection department of ERSKINE & TULLEY, A PROFESSIONAL CORPORATION.  In that capacity I am custodian of and familiar with the books and records relating to the defendant's obligation to the TEAMSTERS LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND (the Trust Fund), as more fully described below.  If called as a witness, I could competently testify to the following facts:

　　　　2.　Attached hereto and marked Exhibit 3 are my computations of the contributions and liquidated damages owed by

the defendant. The liquidated damages have been computed at 20% as required by Article IX, Section 3, page 11 of the Trust Agreement (Exhibit 2 to the Lanthier Declaration).

3. Attached collectively as Exhibit 4 is a true and correct copy of the audit report prepared by plaintiffs' auditor Reuben E. Price & Co. for the period January through December 2002, copies of defendant's dispute of the audit result and the additional information given to the defendant by the auditor and the trust fund regarding the balance still due. The payroll audit revealed that while defendant had paid contributions to the plaintiff trust fund, it had failed to pay contributions on behalf of all hours worked by all employees. The Trust Fund's letter of September 21, 2005 matches the contribution column of Exhibit 3.

4. The following summary of all sums due and owing can be made:

<u>Principal</u>

  Contributions        $ 1,063.80

  Liquidated damages     $   212.76

<u>Costs of Suit</u>          $   450.00

<u>Attorneys Fees</u>      To be determined by Court

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008 at San Francisco, California.

           /s/ Diane Andrade
           DIANE ANDRADE