TRUST FUND:        TEAMSTERS LOCAL UNION NO 856 HEALTH & WELFARE FUND

EMPLOYER NAME:     LEE RAY TARANTINO COMPANY

EMPLOYER NO:       78842

| MONTH | CONTRIB. DUE | DATE PAID, IF PAID | CONTRIBS. STILL DUE | LIQUIDATED DAMAGES DUE |
|---|---|---|---|---|
| BALANCE 1/1/02-12/31/04 AUDIT | $11,703.30 | $10,639.50 PAID 6/29/05 | $1,063.80 | $212.76 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | $1,063.80 | $212.76 |
|  |  |  |  |  |
|  |  | TOTAL DUE: | $1,276.56 |  |
|  |  |  |  |  |
|  |  |  |  |  |