```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CA  94104
TELEPHONE:  (415) 392-5431
FACSIMILE:  (415) 392-1978

ATTORNEYS FOR PLAINTIFFS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>LEE RAY TARANTINO COMPANY, etc.,<br><br>        Defendant. | NO.  C 07 5567 JCS<br><br>DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION <u>FOR DEFAULT JUDGMENT</u> |

      I, MICHAEL J. CARROLL, declare:

      1.   I am one of the attorneys for plaintiffs in this action and if called as a witness, I could competently testify to the following facts:

      2.   Plaintiffs have incurred costs in the amount of $450.00 in the prosecution of this action.  This figure consists of the following items:

            1.   The filing fee of $350.00;

            2.   The cost to effect service of the Summons and Complaint and other documents from the initial filing of this case in the amount of $100.00,

1 | which I have paid.
2 | Attached hereto as Exhibit 5 is the are the invoice for item b.
3 | above.
4 |     3.   This office commenced work on this employer's
5 | delinquency in August 2007 under the delinquency procedures
6 | established by the trust funds. Attached hereto as Exhibit 6 are
7 | true and correct copies of the demand letters sent to defendant by
8 | my office giving defendant notice of the alleged delinquent
9 | payments prior to the filing of this action.
10 |     4.   This legal action was filed on November 1, 2007.
11 | Defendant failed to appear and the default of defendant was entered
12 | by this Court on February 19, 2008. The Court's jurisdiction is
13 | founded on 29 U.S.C. § 185(a) and 29 U.S.C. 1132.
14 |     5.   Declarant has expended in excess of 3 hours in the
15 | prosecution of this action, including the preparation of the Motion
16 | for Entry of Default with Supporting Declaration, two Ex Parte
17 | Applications to Continue the Case Management Conference with
18 | Supporting Declarations and Proposed Orders and this motion.
19 | Erskine & Tulley's billing rate in this matter is $185.00 per hour
20 | for a total of $555.00.
21 |     6.   Attached to the Lanthier Declaration and marked
22 | Exhibit 2 is the Teamsters Local Union No. 856 Health and Welfare
23 | Trust Agreement which provides for court costs and attorneys fees.
24 | I declare under penalty of perjury that the foregoing is
25 | true and correct.
26 | Executed on June 3, 2008 at San Francisco, California.
27 |     /s/ Michael J. Carroll
    MICHAEL J. CARROLL
28 |