LAW OFFICES OF

# ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J.BENTON TULLEY (1908-1974)

August 23, 2007

Lee Ray Tarantino
P.O. Box 2408
So. San Francisco, CA 94083

Account #78842

Dear Management:

We represent the Trustees of the Teamsters Local 856 Health & Welfare Fund, and we are writing you concerning your delinquency based on an audit of your firm's payroll books for the period January 2002 through December 2002.  The following amounts are due and owing:

| | |
|---|---|
| CONTRIBUTIONS | $ 1,063.80 |
| LIQUIDATED DAMAGES | $    212.76 |
| TOTAL DUE: | $ 1,276.56 |

This letter constitutes a first and final notice from us prior to suit.

If we have not received your check payable to the Teamsters Local 856 Health & Welfare Fund in the total amount of $1,276.56 IN THIS OFFICE within ten (10) days of the date of this letter, suit will be commenced against you without further delay.

Should it become necessary for us to sue to collect this delinquency, you will be obligated to pay not only the liquidated damages, but attorneys fees and court costs.

If you believe our information is inaccurate or that we are unaware of all of the pertinent circumstances in this matter, please contact me at once.

Yours very truly,

Michael J. Carroll

MJC/se

LAW OFFICES OF

# ERSKINE & TULLEY
### A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J.BENTON TULLEY (1908-1974)

September 13, 2007


Lee Ray Tarantino
P.O. Box 2408
So. San Francisco, CA 94083

Re:    Account Number # 78842

Dear Management:

I previously wrote you concerning your delinquency to the Teamsters Local Union No. 856 Health & Welfare Fund. Attached for your reference is a copy of my August 23, 2007 letter. As of this date, no response has been received.

This is your last chance to fulfill this obligation. Please send your check payable to the Teamsters Local Union No. 856 Health & Welfare Fund in the amount of $1,276.56 covering the contributions and liquidated damages TO THIS OFFICE.

If a satisfactory response to the above demand is not received by September 28, 2007, a legal action will be filed against you in the United States District Court.

Please note that legal action could result in a judgment against you. That judgment would include an award of costs for filing fee, service of process and attorneys' fees as allowed by law.

No further notice will be given prior to suit.

Yours very truly,



Michael J. Carroll

MJC/se