```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE TEAMSTERS )   NO.  C 07 5567 JCS
    LOCAL UNION NO. 856, et al.,       )
12                                     )   (PROPOSED)
                     Plaintiffs,       )   ORDER AND
13                                     )   DEFAULT JUDGMENT
              vs.                      )
14                                     )
    LEE RAY TARANTINO COMPANY, etc.,   )
15                                     )
                     Defendant.        )
16  _____)

17

18       Good cause appearing therefor, it is hereby ORDERED that

19  default judgment be entered in favor of Plaintiffs, BOARD OF

20  TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856 HEALTH AND WELFARE

21  TRUST FUND; MICHAEL J. McLAUGHLIN, TRUSTEE, against defendant, LEE

22  RAY TARANTINO COMPANY INC., a corporation, as follows:

23  ////
24  ////
25  ////
26  ////
27  ////
28  ////
```

1. Principal

    Contributions        $1,063.80

    Liquidated Damages    212.76

2. Attorneys fees        555.00

3. Costs        450.00

TOTAL:        $2,281.56

DATED: _____

_____
MAGISTRATE JUDGE JOSEPH C. SPERO

ORDER AND DEFAULT JUDGMENT
2