United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, ET AL., | No. C 07-05567 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| LEE RAY TARANTINO COMPANY INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion for Default Judgment and Attorneys' Fees before Magistrate Judge Spero previously noticed for August 1, 2008, at 1:30 p.m., has been ADVANCED to **THE SAME DAY, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: June 10, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Karen L. Hom
Courtroom Deputy