**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, ET AL., | No. C 07-05567 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| LEE RAY TARANTINO COMPANY INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the filing of Plaintiffs' Motion for Default Judgment, the Initial Case Management Conference before Magistrate Judge Spero previously noticed for June 20, 2008, at 1:30 p.m., has been **VACATED**.

Dated: June 10, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy