United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES UNION 856, | No. C 07-05567 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| LEE RAY TARANTINO COMPANY INC, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion for Default Judgment and Attorneys' Fees before Magistrate Judge Spero previously noticed for August 1, 2008, at 9:30 a.m., has been reset to **THE SAME DAY, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order. Please disregard the previous Clerk's Notice issued on June 10, 2008, re-setting the hearing to 9:30 a.m.

Dated: June 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Karen L. Hom
Courtroom Deputy