**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
TEAMSTERS LOCAL UNION 856, ET AL.,

                    Plaintiff(s),

        v.

LEE RAY TARANTINO COMPANY INC,

                    Defendant(s).
_____/

Case No.  C07-05567 JCS

**ORDER FOR REASSIGNMENT**

        In view of the Report and Recommendation dated July 28, 2008, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

        IT IS SO ORDERED.

Dated:  July 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge