```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE RAY TARANTINO COMPANY, INC., a California corporation<br><br>Defendant. | NO. C 07 5567 WHA<br><br><br><br><br><br>PROOF OF SERVICE |

I, SHARON EASTMAN, declare:

That I was at the time of service of the document herein referred to over the age of eighteen years and not a party to the within action. On August 12, 2008 I served a copy of the court's "CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT DATED 8/12/08 DOCUMENT 31 AND SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP DATED 8/12/08 DOCUMENT 32" on the defendant by placing

1  a true copy thereof enclosed in a sealed envelope with postage thereon
2  fully prepaid, in the United States post office mail box at San
3  Francisco, California addressed as follows:
4  Lee Ray Tarantino
   Attn: Paul Tarantino
5  Golden Gate Produce Terminal
   P.O. Box 2408
6  South San Francisco, CA 94083-2408
7          I declare under penalty of perjury that the foregoing is
8  true and correct.
9          Executed on August 12, 2008 at San Francisco, California.

11                          /s/Sharon Eastman
                              Sharon Eastman

PROOF OF SERVICE
2