United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND, ET AL.,<br><br>    Plaintiff,<br><br>  v.<br><br>LEE RAY TARANTINO COMPANY INC,<br><br>    Defendant.<br>                                             / | No. C 07-05567 WHA<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |

      The Court is in receipt of the report and recommendation on plaintiffs' motion for default judgment, filed on July 28, 2008, by Magistrate Judge Spero. This order adopts the findings therein. Plaintiff is ordered to submit a proposed judgment in accordance with the report within ten calender days.

      **IT IS SO ORDERED.**

Dated: August 18, 2008.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE