IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856 HEALTH AND WELFARE TRUST FUND, ET AL.,

    Plaintiff,

v.

LEE RAY TARANTINO COMPANY INC,

    Defendant.

No. C 07-05567 WHA

**JUDGMENT**

For the reasons stated in the accompanying order adopting magistrate's report and recommendation, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE