| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO (415) 392-5431 | FOR RECORDER'S USE ONLY |
|---|---|---|
| [x] Recording requested by and return to: <br> ERSKINE & TULLEY <br> MICHAEL J. CARROLL (ST. BAR #50246) <br> 220 MONTGOMERY ST. #303, SAN FRANCISCO, CA 94104 | | |

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Board of Trustees of the Teamsters Local Union No. 856, et al.

DEFENDANT: Lee Ray Tarantino Company, etc.

| WRIT OF | [x] EXECUTION (Money Judgment) <br> [ ] POSSESSION OF  [ ] Personal Property <br> [ ] Real Property <br> [ ] SALE | CASE NUMBER: <br> C 07 5567 WHA ~~JCS~~ <br> FOR COURT USE ONLY |
|---|---|---|

1. **To the Sheriff or any Marshal or Constable of the County of:**
   Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Board of Trustees of the San Mateo Hotel Employees, et al.
   is the [X] judgment creditor  [ ] assignee of record
   whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name and last known address):*

   Lee Ray Tarantino Company, Inc.
   Golden Gate Produce Terminal
   P.O. Box 2408
   South San Francisco, CA 94083-2408

   [ ] additional judgment debtors on reverse
5. **Judgment entered** on *(date):* 7/28/08
6. [ ] **Judgment renewed** on *(dates):*
7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see reverse).*
8. [ ] Joint debtor information on reverse.

   [SEAL]

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ............................. $ 2,281.56
12. Costs after judgment (per filed order or memo CCP 685.090) ................... $ -0-
13. Subtotal *(add 11 and 12)* ................. $ 2,281.56
14. Credits ................................... $
15. Subtotal *(subtract 14 from 13)* ........... $ 2,281.56
16. Interest after judgment (per filed affidavit CCP 685.050) ........................ $ -0-
17. Fee for issuance of writ ................... $ -0-
18. **Total** *(add 15, 16, and 17)* ............ $ 2,281.56
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) of .......... $ 0.44
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3, CCP 699.220(b),(j)) ................... $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* 9-24-08    Clerk, by BRENDA TOLBERT, Deputy

— NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION —

*(Continued on reverse)*

Form Approved by the Judicial Council of California
EJ-130 [Rev. July 1, 1996]
JC Forms for HotDocs ™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
*See note on reverse